UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FREEPLAY MUSIC, LLC,

                Plaintiff,

-against-

MOG, INC., and DAVID HYMAN,

                Defendants.
-------------------------------------------------------------X

Case Number: 12 cv 2115 (JSR)

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

The Court having been advised of and having reviewed a confidential Settlement Agreement as between Freeplay Music, LLC, MOG, Inc., and David Hyman (the "Parties"), dated May 4, 2012 (the "Settlement Agreement") hereby dismisses all claims and potential counterclaims with prejudice and without costs. Pursuant to the consent of the Parties, the Court shall retain jurisdiction of the litigation for the purposes of enforcement of the Settlement Agreement.

        SO ORDERED.

                                                    JED S. RAKOFF,
                                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         May 12, 2012